TOWN OF ISLIP, Appellant, *v.* COUNTY OF SUFFOLK, Respondent.

*Appeal from order unanimously reversing interlocutory judgment and directing dismissal of complaint dismissed.*

*Town of Islip* v. *County of Suffolk,* 191 App. Div. 284, appeal dismissed.

(Submitted October 11, 1920; decided October 19, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 29, 1920, which *unanimously* reversed an interlocutory judgment in favor of plaintiff entered upon the report of a referee and directed a dismissal of the complaint.

The motion was made upon the ground that no appeal

lies of right to the Court of Appeals from the order of reversal.

*Percy L. Housel* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.